UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80143-Cr-Rosenberg

UNITED STATES OF AMERICA,

v.

CHRISTOPHER PHILIP DILEO,

      Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, CHRISTOPHER PHILIP DILEO, appeared before the Court on November 7, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charged with possession with intent to distribute five grams or more of cocaine base, in violation of Title 21 U.S.C. § 841(a)(1), possession of a firearm by a convicted felon, in violation of Title 18 U.S.C. § 922(g)(1) and 924(e) and carrying a firearm in connection with drug trafficking, Title 18 U.S.C. § 924(c). Following this conviction, he was sentenced to two hundred eleven months (211) months in prison and five (5) years of supervised release.

The Defendant began his term of supervised release on October 2, 2020. He presently stands charged with violating his supervised release by: (1) unlawfully possessing or using a controlled substance (2) failing to follow instructions of the probation officer (3) failing to report to the probation officer as directed (4) failing to follow instructions of the probation officer (5) failing to report to the probation officer as directed (6) failing to report to the probation officer as directed (7) failing to report to the probation officer as directed (8) failing

to maintain full-time, legitimate employment or being unemployed for a term of more than 30 days (9) failing to restrain from violation of the law (10) failing to restrain from violation of the law (11) by unlawfully possession or using a controlled substance and (12) by unlawfully possessing or using a controlled substance.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations, 1 through 12, through counsel, stated his wish to proceed to sentencing.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1 through 12.  The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of November 2022.

_____
BRUCE E. REINHART
U.S. MAGISTRATE JUDGE